WARD v. STATE.  (No. 6074.)

(Court of Criminal Appeals of Texas.  Feb. 9, 1921.)

Criminal law ☞1070 — Appeal is abated by death of defendant.

The death of one convicted of a felony pending his appeal from the conviction abates the appeal.

Appeal from Criminal District Court, Tarrant County;  Geo. E. Hosey, Judge.

E. J. Ward was convicted of a felony, and he appeals.  Cause stricken from docket.

Alvin M. Owsley, Asst. Atty. Gen., for the State.

MORROW, P. J.  This case, by regular procedure, is on appeal from a judgment of the district court of Tarrant county adjudging the appellant guilty of a felony.

It has been made to appear to this court by the written affidavit of Hon. Jesse M. Brown, attorney for the state, that since the appeal was prosecuted the appellant died. The effect of his death was to abate the appeal.  March v. State, 5 Tex. App. 450.

The appeal being abated, it is ordered that the cause be stricken from the docket.

☞For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes